# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CEDRIC GREENE, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:15-cv-00451-JAD-NJK |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ALHAMBRA HOSPITAL MEDICAL CENTER, | ) | |
| | ) | (Docket No. 1) |
| Defendant(s). | ) | |
| | ) | |

This matter is before the court on Plaintiff Cedric Greene's Application to Proceed *In Forma Pauperis* filed March 11, 2015. Docket No. 1. Plaintiff has requested authority, pursuant to 28 U.S.C. § 1915, to proceed *in forma pauperis*. This proceeding was referred to this court by Local Rule IB 1-9.

Plaintiff has submitted an incomplete Application to Proceed *In Forma Pauperis*. Plaintiff has not responded fully to question 2 – namely, he fails to disclose his Social Security payments as income, and he fails to state the amount of such payments. Additionally, Plaintiff has not responded fully to question 6 – namely, he fails to the state the amount of his regular monthly expenses. As a result, the Court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*, and his Application will be denied without prejudice.[1] The Clerk of the Court shall retain the Complaint.

. . .

---

[1] Additionally, it appears that Plaintiff will be unable to establish that venue is proper in this district. *See Piedmont Label Co. v. Sun Garden Packing Co.*, 598 F.2d 491, 496 (9th Cir. 1979). Venue in a civil action is proper in "a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located," or "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated." 28 U.S.C. § 1391(b).

Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Docket No. 1) is **DENIED WITHOUT PREJUDICE**. The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff shall have until **April 16, 2015,** in which to submit the completed application or pay the $400.00 filing fee. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

2. The Clerk of Court shall retain Plaintiff's Complaint.

DATED: March 16, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge