# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Cedric Greene,

Plaintiff

v.

Alhambra Hospital Medical Center,

Defendant

Case No.: 2:15-cv-451-JAD-NJK

**Order Granting Motion for Extension of Time [Doc. 6]**

On April 8, 2015, Magistrate Judge Nancy Koppe entered an order regarding plaintiff Cedric Greene's application to proceed in forma pauperis, and recommended that Greene's complaint be dismissed without prejudice.[1] On April 24, 2015, Greene requested an extension of the deadline to object to the order and report and recommendation, claiming that he needs additional time to obtain and analyze material records from the California state courts.[2] Although Greene does not specify the length of time he requires, I find good cause for an extension and grant him until May 18, 2015, to file any objections.

Accordingly, it is HEREBY ORDERED that Greene's request for additional time **[Doc. 6] is GRANTED**. Greene must file any objections to Magistrate Judge Koppe's order and report and recommendation [Doc. 4] by May 18, 2015.

DATED April 27, 2015.

_____
Jennifer A. Dorsey
United States District Judge

**Clerk to notify:**

**Cedric Greene
545 South San Pedro St.
Los Angeles, CA 80013**

---

[1] Doc. 4.

[2] Doc. 6 at 2.