UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Cedric Greene,

    Plaintiff

v.

Alhambra Hospital Medical Center,

    Defendant

Case No.: 2:15-cv-451-JAD-NJK

**Order Denying Motion to Extend Time [Doc. 8], Adopting Report and Recommendation [Doc. 4] and Dismissing Action Without Prejudice**

    On April 8, 2015, Magistrate Judge Nancy Koppe granted Cedric Greene pauper status and screened his complaint as required by 28 U.S.C. § 1915(e). She recommends that Greene's complaint be dismissed without prejudice for lack of venue and jurisdiction.[1] On April 24, 2015, Greene requested an extension of the deadline to object to the order and report and recommendation, claiming that he needed additional time to obtain and analyze material records from the California state courts.[2] On April 27, 2015, I granted Greene's motion for extension, permitting him until May 18, 2015, to file any objections.[3] On May 18, 2015, Greene filed an omnibus document requesting an extension of time to file objections in five of the lawsuits he has recently filed in this district, including this one.[4] Greene explains that "he and his legal assistant [are] unable to prepare responses to all legal filings at once," and requests a second extension until June 18, 2015, which will apparently allow Greene time to resolve another of his pending lawsuits and address this one "once he and his legal assistant [are] ready."[5]

---

[1] Doc. 4.

[2] Doc. 6 at 2.

[3] Doc. 7.

[4] Doc. 8. For reasons of expediency I overlook any technical deficiencies in Greene's motion for extension, as filed.

[5] *Id.* at 1-2.

Greene's new request for an extension essentially admits he has overcommitted himself by filing too many lawsuits in this district, and he now cannot personally keep up with the obligations he has created. This not only belies Greene's original claim that he needed an extension of time so he could obtain state court records, it is also unconvincing as a practical matter: if I accept Greene's rationale and apply it more broadly, I would be effectively providing leniency to litigants based on the number of lawsuits they filed. This is not a policy I wish to foster. Thus, I find Greene has not demonstrated good cause for a second extension of his deadline to object to the recommendation that his case be dismissed, and I deny Greene's second request for an extension of time to object to Magistrate Judge Koppe's Report and Recommendation.

The denial of Greene's motion for a second extension of time leaves him without a timely objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[6]

Accordingly, and with good cause appearing,

It is hereby ORDERED that Green's Motion for Extension of Time **[Doc. 8] is DENIED**.

It is further ORDERED that Magistrate Judge Koppe's report and recommendation **[Doc. 4] is ADOPTED**.

It is FURTHER ORDERED that Cedric Greene's claims are **DISMISSED** without prejudice.

The clerk of court is instructed to close this case.

DATED May 19, 2015.

_____
Jennifer A. Dorsey
United States District Judge

**Clerk to notify:**

**Cedric Greene**
**545 South San Pedro St.**
**Los Angeles, CA 80013**

---

[6] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). See also *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).