1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Cedric Greene,

      Plaintiff,

      v.

The People of the State of California,

      Defendant.

Case No.: 2:15-cv-451-JAD-NJK

**Order Denying Second Motion for Reconsideration [Doc. 14]**

10

11

12

13

14

15

16

17

      After being declared a vexatious litigant in his home state of California, pro se plaintiff Cedric Greene moved his litigation to Nevada, where he has filed ten cases[1] just this year. In this case, Greene sues the Alhambra Hospital Medical Center for emotional distress because the facility failed to give him taxi fare to get home after he was discharged from the emergency room.[2] Magistrate Judge Nancy Koppe granted Greene pauper status and screened his complaint.[3] She found that this court lacks subject-matter jurisdiction over this Californian-versus-Californian state-law tort case and that venue is improper in this district and recommended that I dismiss this case.[4]

      I granted Greene one extension of his deadline to object,[5] but I denied his second requested

18

19

20

21

22

23

24

[1] Plaintiff has filed ten cases in this district since January 20, 2015. *See Greene v. Greyhound Lines, Inc.*, 2:15-cv-00115-GMN-PAL (filed January 20, 2015); *Greene v. Greyhound Lines, Inc.*, 2:15-cv-00174-RFB-GWF (filed January 30, 2015); *Greene v. Sprint Nextel Corporation*, 2:15-cv-00238-RFB-NJK (filed February 11, 2015); *Greene v. The People of the State of California*, 2:15-cv-300-JAD-PAL (filed February 18, 2015); *Greene v. The People of the State of California*, 2:15-cv-378-JAD-PAL (filed March 3, 2015); *Greene v. Alhambra Hospital Medical Center*, 2:15-cv-00451-JAD-NJK (filed March 11, 2015); *Greene v. Logisticare Solutions, LLC*, 2:15-cv-00523-RFB-NJK (filed March 23, 2015); *Greene v. Taylor*, 2:15-cv-598-APG-CWH (filed April 1, 2015); *Greene v. Los Angeles Police Department*, 2:15-cv-815-APG-PAL (filed April 30, 2015); *Greene v. Chapman*, 2:15-cv-887-GMN-NJK (filed May 12, 2015).

25

[2] Doc. 1-1 at 2.

26

[3] Doc. 4.

27

[4] *Id*.

28

[5] Doc. 7.

extension,[6] adopted the magistrate judge's findings, and dismissed this case.[7]  Judgment was entered.[8]  Greene moved for reconsideration of that dismissal, and I denied his motion.[9]

Greene again moves for reconsideration of my dismissal order.[10]  The rules of this court do not permit the filing of numerous motions for reconsideration.  Greene has already had a full and fair opportunity to challenge my dismissal order; that effort was unsuccessful.  Any further challenge should be by appeal in accordance with the rules of this court and the Federal Rules of Appellate Procedure.[11]

Accordingly, it is HEREBY ORDERED that Greene's Motion for Reconsideration **[Doc. 14] is DENIED**.  **This case has been closed.  Greene MAY NOT FILE any more motions for reconsideration in this case.  Any future motion for reconsideration in this case will be summarily denied.**

DATED July 16, 2015

_____
Jennifer A. Dorsey
United States District Judge

**Clerk to notify:**

**Cedric Greene**
**545 South San Pedro St.**
**Los Angeles, CA 80013**

---

[6] Doc. 9.

[7] *Id.*

[8] *Id.* at 3.

[9] Docs. 11, 12, 13.

[10] Doc. 14.  This is the same motion Greene filed in 2:15-cv-300-JAD-PAL.  It was denied in that case, too.

[11] Even if I had considered this second motion for reconsideration on its merits, I still would have denied it.  Greene has not demonstrated that reconsideration is warranted here; he never even mentions the merits of my order dismissing this case.  His arguments are targeted instead at asking this court to send his case to another jurist: a circuit court other than the Ninth Circuit, or perhaps the chief judge in this district or a Nevada State Court.  Doc. 14.  Greene has offered no authority for this relief, and I independently find no basis to afford it.