UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cedric Greene,<br><br>         Plaintiff<br><br>v.<br><br>Alhambra Hospital Medical Center,<br><br>         Defendant | 2:15-cv-00451-JAD-NJK<br><br>Order Adopting Report and Recommendation and Denying Motion for Change of Venue<br><br>[ECF Nos. 23, 24] |

    Pro se plaintiff Cedric Greene is no stranger to litigation. In the past year, he has filed at least 16 cases in this district, and his litigation conduct has already earned him vexatious-litigant status in the Central District of California and the Ninth Circuit. Magistrate Judge Koppe recommends that I declare Greene a vexatious litigant and enter a pre-filing order against him. Greene offers no substantive objection. I therefore adopt Magistrate Judge Koppe's report and recommendation, deny Greene's motion to change venue in this closed case as moot, and enter a pre-filing order against Greene.

**Discussion**

    On May 19, 2015, I adopted Magistrate Judge Koppe's report and recommendation and dismissed Greene's complaint without prejudice for lack of venue and jurisdiction.[1] Greene then filed a belated objection to the report and recommendation,[2] a Rule 60(b)(1) motion for relief from judgment,[3] and a motion for reconsideration,[4] all of which I denied. He then filed a notice of appeal to the Ninth Circuit[5]—which the panel summarily rejected as "so insubstantial as to not warrant

---

[1] ECF No. 13.

[2] ECF No. 11.

[3] ECF No. 12.

[4] ECF No. 14.

[5] ECF No. 16.

further review."[6] Undeterred, Greene then filed in this case a "declaration" addressed to Senator Harry Reid purporting to request permission to litigate his lawsuits in Las Vegas.[7]

On the heels of Greene's latest reconsideration effort, Magistrate Judge Koppe ordered Greene to show cause why he should not be declared a vexatious litigant subject to pre-screening of all future complaints he seeks to file in this district.[8] Magistrate Judge Koppe recounts Greene's lengthy litigation history in this district: in the span of about one year, he has filed at least 16 cases here, all stemming from events taking place in California, making this court an improper venue.[9] She points out that Greene has already been declared a vexatious litigant in the Central District of California based on his filing of more than 70 meritless cases there, and the Ninth Circuit has similarly subjected Greene to a pre-screening order after identifying more than a dozen meritless appeals that he has filed there.[10] Greene filed a response urging me not to make a vexatious-litigant determination based on information from the Ninth Circuit or the Central District of California because these courts have repeatedly and unfairly ousted him, and opining that his conduct has not risen to the abusive or vexatious level.[11] He offers no substantive objections to Judge Koppe's findings and conclusions;[12] he submits a one-page response requesting that he be allowed to file a motion for change of venue in every case he has pending in this district.[13]

In light of Greene's abusive litigation practices in this district and other courts, and his failure to file specific objections to Magistrate Judge Koppe's recommendation, I find that a pre-

---

[6] ECF No. 17.

[7] ECF No. 20.

[8] ECF No. 21.

[9] ECF No. 23 at 1.

[10] ECF No. 21 at 5.

[11] ECF No. 22 at 3.

[12] ECF No. 25.

[13] ECF No. 22.

filing order is warranted: Greene may not file a complaint or application to proceed *in forma pauperis* in this district without first obtaining leave from a judge of this court. And because this case is closed, I summarily deny Greene's motion for change of venue.[14] Greene is cautioned that no further filings will be entertained in this case and that all future complaints he files in this district will be subject to this pre-filing order.

## Conclusion

Accordingly, IT IS HEREBY ORDERED that **the magistrate judge's report and recommendation [ECF No. 23] is ADOPTED, and Greene's motion for change of venue [ECF No. 24] is DENIED as moot. GREENE MAY NOT FILE ANY MORE MOTIONS IN THIS CASE; ANY NEW FILINGS WILL BE STRICKEN.**

The Clerk of Court is instructed not to accept for filing any complaint or application to proceed *in forma pauperis* from Cedric Greene unless he first obtains leave from a judge of this court. Before Greene may file an action, he must first file a motion for leave to file a complaint and attach a copy of this order and a copy of the proposed complaint to that motion. If the court does not grant Greene written permission to file a complaint within 30 days of the date of his motion, permission will be deemed denied.

Dated June 2, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[14] ECF No. 24.